## S90G0123. UNION CAMP CORPORATION v. SOUTHERN BULK INDUSTRIES, INC.

(388 SE2d 524)

PER CURIAM.

We granted certiorari in this case on the question of whether the complaint stated a claim upon which relief could be granted. That is, is there a claim in tort in favor of one who loses contractual benefits with a third party due to the negligence of another in interfering with the third party's performance of the contract. In affirming the trial court's dismissal of the complaint in *Union Camp Corp. v. Southern Bulk Indus.*, 193 Ga. App. 90 (386 SE2d 866) (1989), the Court of Appeals properly construed *Byrd v. English*, 117 Ga. 191 (43 SE 419) (1903). The case of *Oxford Constr. Co. v. City of Albany*, 221 Ga. 872 (148 SE2d 324) (1966) provides no legal support for the contrary result.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 21, 1990.

*Brennan, Harris & Rominger, Edward T. Brennan, Mason White*, for appellant.

*Chamlee, Dubus, Sipple & Walter, George H. Chamlee*, for appellee.